# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH MCCLOSKEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>SOFTWARE PROJECTS INC.,<br><br>  Defendant. | Case No.: CV 17-8792-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION [10]** |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees.

DATED: February 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE